# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BARLEY TRUCKING AND
EXCAVATING, INC.,

        Plaintiff,

v.                                                 Case No. 07-C-779

CITY OF OCONTO,

        Defendant.

## DECISION AND ORDER

Defendant, the City of Oconto, has filed an expedited motion to compel production of financial documents it deems relevant. In concert with that request, it also seeks an expansion of the discovery deadline by an appropriate period of time. The documents in question are being sought by Oconto's expert, a CPA, who believes the Plaintiff's financial records are necessary to validate certain calculations Plaintiff made in assessing its damages. (Nicks Aff., Ex. 1.) Although such records are conceivably relevant in the abstract (the Plaintiff denies their relevance), there is no explanation for why they were not sought until so late in the case, and after the already-extended expert and discovery deadlines.

Moreover, there is no indication that the matter is even ripe for the Court's resolution, as the motion to compel was filed without the parties having convened to attempt to resolve the matter. *See* Civil L. R. 37.1 (requiring parties to file evidence of "sincere attempts to resolve their differences").

Accordingly, the motion to compel and extend the discovery deadline is **DENIED**.

**SO ORDERED** this   21st   day of August, 2008.

                                                                    s/ William C. Griesbach
                                                                  William C. Griesbach
                                                                  United States District Judge